IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-00226-D

| | |
|---|---|
| SSG EZRA THOMAS and RACHEL THOMAS, individually and as parents and guardians of E.T. and E.T.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAGG COMMUNITIES, LLC, CORVIAS MANAGEMENT- ARMY, LLC, BRAGG- PICERNE PARTNERS, LLC, and CORVIAS CONSTRUCTION, LLC,<br><br>Defendants. | ORDER |

Upon the Joint Motion of Plaintiffs and Defendants for appointment of a judicial officer to conduct a court-hosted settlement conference, the Court appoints United States Magistrate Judge James Gates.

SO ORDERED. This the 14 day of April, 2023.

JAMES C. DEVER III
United States District Judge