IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:22-CV-226-D

| | |
|---|---|
| SSG EZRA THOMAS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER GRANTING PLAINTIFFS'** |
| | ) **CONSENT MOTION TO SEAL** |
| BRAGG COMMUNITIES, LLC, et al., | ) |
| Defendants. | ) |

This case comes before the court on Plaintiffs' Consent Motion to Seal (D.E. 42) filed by minor plaintiffs E.T. and E.T., through their parents and guardians Ezra Thomas and Rachel Thomas. The motion is supported by a memorandum (D.E. 43).

Having considered the evidence and arguments in support of the motion, the court finds that the requirements of *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567 (4th Cir. 2004) have been met and that adequate justification has otherwise been shown for the sealing of the documents subject to the motion for the reasons stated in the memorandum supporting it and given the absence of any third-party objection to the motion following its public filing. It is therefore ORDERED that the motion to seal is GRANTED and that the provisionally sealed documents subject to the motion—namely, the filings at D.E. 40, 40-1, 41, and 41-1 through 41-5—shall remain SEALED unless and until otherwise ordered by the court.

This 29th day of November 2023.

_____
James E. Gates
United States Magistrate Judge